UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DERREL L. THOMAS,

    Plaintiff,

v.                                                                      Case No. 8:07-cv-2173-T-24 TGW

BRANCH OF BANK OF AMERICA CORPORATION,

    Defendants.
_____/

**O R D E R**

    This cause comes before the Court for consideration of Plaintiff's Affidavit of Indigency (Doc. No. 2), which the Court construes as a motion for leave to proceed *in forma pauperis*. This motion was considered by the United States Magistrate Judge Thomas G. Wilson. On December 10, 2007, Magistrate Judge Wilson filed his Report and Recommendation (Doc. No. 4), in which he noted that Plaintiff's vague and factually-deficient complaint was patently insufficient. Magistrate Judge Wilson recommended that Plaintiff's motion to proceed *in forma pauperis* should be denied, and that Plaintiff's complaint should be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). Plaintiff was furnished a copy of the Report and Recommendation and was afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Plaintiff did not file any objections, but did file a Motion to Amend his complaint on December 26, 2007 (Doc. No. 5). The Court construes Plaintiff's motion to amend as an objection to Magistrate Judge Wilson's Report and Recommendation. Plaintiff's proposed amended complaint appears to attempt to cure the deficiencies of his original complaint.

However, the Court finds the proposed amended complaint is just as vague and factually-deficient as his original complaint.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, and Plaintiff's Motion to Amend should be denied.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 4) is adopted and incorporated by reference in this Order of the Court;

(2) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) is **DENIED**;

(4) Plaintiff's Motion to Amend (Doc. No. 5) is **DENIED**; and

(5) This case is **DISMISSED**. The Clerk is ordered to close this case and terminate all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of January, 2008.

*[Signature]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas G. Wilson, United States Magistrate Judge
Pro se Plaintiff