UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DERREL L. THOMAS,

      Plaintiff,

v.                              Case No.  8:07-cv-2173-T-24 TGW

BRANCH OF BANK OF AMERICA
CORPORATION,

      Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff Derrel L. Thomas' Motion to Recuse Thomas G. Wilson (Doc. No. 7).

On January 3, 2008, the Court entered an Order adopting United States Magistrate Judge Thomas G. Wilson's Report and Recommendation, denying Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, denying Plaintiff's Motion to Amend, and dismissing this case (Doc. No. 6).  Plaintiff argues that Magistrate Judge Wilson's Report and Recommendation evidences an abuse of discretion, abuse of power, prejudice, bias, and a racially motivated discriminating attitude towards the Plaintiff.  Plaintiff moves this Court to recuse Magistrate Judge Wilson from this case.  Upon consideration the Court finds that recusal is not warranted.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiffs' Motion for Recusal (Doc. No. 7) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 23rd day of January, 2008.

Copies to:
Pro Se Plaintiff

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge